1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   STOCKTON PORT DISTRICT,
     a political subdivision
11   of the State of California
     with municipal powers,

12

13                                    NO. CIV. S-08-16 LKK/EFB
             Plaintiffs,
14
         v.
15                                         O R D E R
     CNA FINANCIAL COMPANY,
16   CONTINENTAL INSURANCE
     COMPANY, ROYAL & SUN
17   ALLIANCE, ROYAL INDEMNITY
     COMPANY, DOES 1 through 100,
18   inclusive,

19             Defendants.

20   _____/

21       Pursuant to the stipulation of the parties, defendant CNA

22   Financial Services is hereby DISMISSED from this action, without

23   prejudice. Each side will bear its own costs and attorneys' fees.

24   The hearing presently set for May 5, 2008 at 10:00 AM is VACATED.

25       IT IS SO ORDERED.

26       DATED:  April 22, 2008.

                                    LAWRENCE K. KARLTON
                              1     SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT