1  Jess B. Millikan, SBN 095540
   E-mail: jess.millikan@bullivant.com
2  Paris E. Scott, SBN 248899
   E-mail: paris.scott@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Defendants and Cross-
   Defendants CNA Financial Company and
7  Continental Insurance Company

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         SACRAMENTO DIVISION

12

13 | STOCKTON PORT DISTRICT, a political         | Case No.: 2:08-CV-00016-LKK-EFB
14 | subdivision of the State of California with
   | municipal powers,
15 |                                              | **STIPULATION RE DISMISSAL AND**
   |                 Plaintiff,                   | **ORDER**
16 |
17 |     vs.
18 | CNA FINANCIAL COMPANY,
   | CONTINENTAL INSURANCE COMPANY,
19 | ROYAL & SUN ALLIANCE, ROYAL
   | INDEMNITY COMPANY, DOES 1 through
20 | 100, inclusive,
21 |                 Defendants.
22 | ARROWOOD INDEMNITY COMPANY,
23 |
   |           Cross-Complainant,
24 |
   |     vs.
25 |
26 | CONTINENTAL INSURANCE COMPANY,
27 |           Cross-Defendant.
28

STIPULATION RE DISMISSAL AND (PROPOSED) ORDER
– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Stockton Port District and Defendant Continental Insurance Company, through their counsel of record, that the action brought by Stockton Port District against Continental Insurance Company be dismissed, with prejudice, against Continental Insurance Company, each side to bear its own attorneys' fees and costs.  This stipulation shall not affect Defendant Arrowood Indemnity Company's cross-action against Continental Insurance Company.

DATED:  October 24, 2008

                BULLIVANT HOUSER BAILEY PC

By /s/ _____
Paris E. Scott

Attorneys for Defendants and Cross-Defendants CNA Financial Company and Continental Insurance Company

DATED:  October 24, 2008

MAYALL, HURLEY, KNUTSEN SMITH & GREEN

By /s/ _____
Mark S. Adams

Attorneys for Plaintiff Stockton Port District

10868783.1

## ORDER

The parties having so Stipulated and good cause appearing:

IT IS HEREBY ORDERED that the action brought by Stockton Port District against Continental Insurance Company is dismissed, with prejudice, as to Continental Insurance Company, each party to bear its own attorneys' fees and costs.

Dated:  October 27, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE DISMISSAL AND (PROPOSED) ORDER

– 2 –

PDF created with pdfFactory trial version www.pdffactory.com