UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STOCKTON PORT DISTRICT,
a political subdivision
of the State of California
with municipal powers,

        Plaintiffs,

   v.

CNA FINANCIAL COMPANY,
CONTINENTAL INSURANCE
COMPANY, ROYAL & SUN
ALLIANCE, ROYAL INDEMNITY
COMPANY, DOES 1 through 100,
inclusive,

        Defendants.
_____/

NO. CIV. S-08-16 LKK/EFB

O R D E R

Pending before the court is counter-claimant Arrowood Indemnity Co.'s (successor to Royal Indemnity Co.) motion for summary judgment, currently set to be heard on February 9, 2009. Pursuant to the stipulation of Arrowood and defendant Continental Insurance Company, the court CONTINUES the hearing to March 9, 2009 at 10:00 AM.  Oppositions or statements of non-opposition remain

1

1 due on January 26, 2009, and the deadline for Arrowood to file its
2 reply, if any, remains February 2, 2009.
3      IT IS SO ORDERED.
4      DATED:  January 21, 2009.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```