1  Jess B. Millikan, SBN 095540
   E-Mail: jess.millikan@bullivant.com
2  Peter Roldan, SBN 227067
   E-Mail: peter.roldan@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Defendants and Cross-
   Defendants CNA Financial Company and
7  Continental Insurance Company

8

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                         SACRAMENTO DIVISION
12

13 | STOCKTON PORT DISTRICT, a political | Case No.: 2:08-CV-00016-LKK-EFB
   | subdivision of the State of California with
14 | municipal powers,
   |                                     | **ORDER CONTINUING HEARING ON**
15 |           Plaintiff,                | **ARROWOOD INDEMNITY**
   |                                     | **COMPANY'S MOTION FOR PARTIAL**
16 |     vs.                             | **SUMMARY JUDGMENT**

17

18 | CNA FINANCIAL COMPANY,
   | CONTINENTAL INSURANCE COMPANY,
19 | ROYAL & SUN ALLIANCE, ROYAL
   | INDEMNITY COMPANY, DOES 1 through
20 | 100, inclusive,

21 |           Defendants.

22

23                         **[PROPOSED] ORDER**

24     Pending before the Court is Continental Insurance Company's ("Continental") request

25 for reconsideration of the Court's order of January 21, 2009.

26  / / /

27  / / /

28  / / /

                                  – 1 –

PDF created with pdfFactory trial version www.pdffactory.com

1  Good cause appearing, it is so ORDERED that Continental's opposition to Arrowood
2  Indemnity Company's Motion For Partial Summary Judgment shall be due on February 23,
3  2009, and the deadline for Arrowood to file its reply, if any, is March 2, 2009.
4  DATED: February 5, 2009.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

– 2 –

PDF created with pdfFactory trial version www.pdffactory.com