```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  STOCKTON PORT DISTRICT,
                                         NO. Civ.S-08-0016 LKK/EFB
11           Plaintiff,

12       v.                              **ORDER RE DISPOSAL
                                         DOCUMENTS AFTER
13  CNA FINANCIAL COMPANY,               NOTIFICATION OF SETTLEMENT**
    CONTINENTAL INSURANCE
14  COMPANY, ROYAL & SUN
    ALLIANCE, ROYAL INDEMNITY
15  COMPANY, DOES 1 through 100,
    inclusive,
16
17           Defendants.
18  _____/
```

Counsel for defendant Arrowood Indemnity Company has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED**.

////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

IT IS SO ORDERED.

DATED: March 17, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT