**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7705
FACSIMILE 213-624-1376

David A. Tartaglio (State Bar No. 117232)
Cheryl A. Orr (State Bar No. 132379)

Attorneys for Defendant ARROWOOD INDEMNITY COMPANY, formally known as ROYAL INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STOCKTON PORT DISTRICT,<br><br>   Plaintiff,<br><br>  vs.<br><br>CNA FINANCIAL COMPANY, CONTINENTAL INSURANCE COMPANY, ROYAL & SUN ALLIANCE, ROYAL INDEMNITY COMPANY, DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:08-CV-00016-LKK-EFB<br><br>[Assigned to The Honorable Lawrence K. Karlton, Dept. 4]<br><br>Complaint Filed: January 2, 2008<br><br>**STIPULATION EXTENDING TIME TO FILE DISMISSAL; ORDER** |

  WHEREAS, Counter-Claimant Arrowood Indemnity Company and Counter-Defendant Continental Insurance Company have settled the dispute between them in this action;

  WHEREAS, the settlement documentation is still in the process of being finalized and the settlement payment has not yet been made;

  WHEREAS, the Court set a deadline of April 6, 2009 for the filing of the dismissal or any other dispositional document;

  WHEREAS, the parties need additional time to finalize the settlement

PDF created with pdfFactory trial version www.pdffactory.com

before the dismissal or any other dispositional document can be filed;

The parties therefore stipulate to a further two-week extension of time until April 20, 2009 for the dismissal or any other dispositional document to be filed.

SO STIPULATED.

DATED: April 1, 2009                MUSICK, PEELER & GARRETT LLP


By: /s/ David A. Tartaglio
David A. Tartaglio
Attorneys for ARROWOOD INDEMNITY COMPANY, formally known as ROYAL INDEMNITY COMPANY

DATED: April 3, 2009                BULLIVANT HOUSER BAILEY PC


By: /s/ Jess B. Millikan
Jess B. Millikan
Attorneys for CNA FINANCIAL COMPANY AND CONTINENTAL INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

1 | Good cause appearing therefor, the Court orders that the time for the
2 | dismissal or any other dispositional document to be filed shall be extended to April
3 | 20, 2009.
4 | SO ORDERED.
5 |
6 | DATED: __April 6, 2009.
7 |
8 |
9 | _____
   | LAWRENCE K. KARLTON
10 | SENIOR JUDGE
   | UNITED STATES DISTRICT COURT

634505.1
PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

On April 3, 2009, I served true copies of the following document(s) described as **STIPULATION EXTENDING TIME TO FILE DISMISSAL; [PROPOSED] ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2009, at Los Angeles, California.

Tamara A. Waters

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
634505.1

PDF created with pdfFactory trial version www.pdffactory.com