**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7705
FACSIMILE 213-624-1376

David A. Tartaglio (State Bar No. 117232)
Cheryl A. Orr (State Bar No. 132379)

Attorneys for Defendant and Counter-Claimant ARROWOOD INDEMNITY COMPANY, formally known as ROYAL INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STOCKTON PORT DISTRICT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL COMPANY, CONTINENTAL INSURANCE COMPANY, ROYAL & SUN ALLIANCE, ROYAL INDEMNITY COMPANY, DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:08-CV-00016-LKK-EFB<br><br>[Assigned to The Honorable Lawrence K. Karlton, Dept. 4]<br><br>Complaint Filed: January 2, 2008<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |
| ARROWOOD INDEMNITY COMPANY,<br><br>　　　　Counter-Claimant,<br><br>vs.<br><br>CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Counter-Defendant. | |

649623.1

1  It is stipulated by and between the parties to this action, through their
2 designated counsel, that the above-captioned action be and is hereby dismissed with
3 prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1) and (c).  Each party
4 shall bear its own fees and costs.

5

6 DATED: July 30, 2009            MUSICK, PEELER & GARRETT LLP
7                                         DAVID A. TARTAGLIO
                                          CHERYL A. ORR
8
9

10                                 By: /s/
11                                     David A. Tartaglio
                                       Cheryl A. Orr
12                                     Attorneys for ARROWOOD INDEMNITY
                                       COMPANY, formally known as ROYAL
13                                     INDEMNITY COMPANY
14

15 DATED: July 30, 2009            BULLIVANT HOUSER BAILEY PC
16                                         JESS B. MILLIKAN
                                           PARIS E. SCOTT
17
18

19                                 By: /s/
20                                     Jess B. Millikan
                                       Paris E. Scott
21                                     Attorneys for CONTINENTAL
                                       INSURANCE COMPANY
22

23 DATED:  July 31, 2009
24
25
26                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
27                                 UNITED STATES DISTRICT COURT
28

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

On July 30, 2009, I served true copies of the following document(s) described as ***STIPULATION OF DISMISSAL*** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2009, at Los Angeles, California.

Tamara A. Waters

PDF created with pdfFactory trial version www.pdffactory.com